598

No. 212. HURON HOLDING CORP. ET AL. *v.* LINCOLN MINE OPERATING CO. April 14, 1941. 312 U. S. 183.

No. 15, original. EARLEY *v.* CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. April 28, 1941. 312 U. S. 694.

.No. 346. MAGUIRE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. April 28, 1941.

No. 472. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* GAMBRILL;
No. 473. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* CAMPBELL;
No. 474. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* KNOX; and
No. 475. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ROGERS. April 28, 1941.

No. 549. PUBLIC SERVICE COMMISSION OF MISSOURI ET AL. *v.* BRASHEAR FREIGHT LINES, INC., ET AL. April 28, 1941. 312 U. S. 621.

No. 776. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NEBRASKA BRIDGE SUPPLY & LUMBER CO. April 28, 1941. 312 U. S. 666.

No. 789. CANTEY *v.* McLAIN LINE, INC. ET AL. April 28, 1941. 312 U. S. 667.

No. 805. SUN-MAID RAISIN GROWERS ASSOCIATION ET AL. *v.* UNITED STATES ET AL. April 28, 1941. 312 U. S. 667.